HENDRICK HUDSON, The. See Case No. 6,358.

---

## Case No. 6,356.

HENDRICKSON v. The GESNER.

[N. Y. Times, Dec. 6, 1856.]

District Court, S. D. New York. Dec. 4, 1856.

MARITIME LIENS—DOMESTIC VESSELS.

[No lien arises under the maritime law for supplies furnished a vessel in the state in which she is owned.]

This was a libel filed to recover the value of sails furnished to the sloop. The libelant is a resident of New-York, and the work was done there, but the sails were furnished to the sloop while she was in New-Jersey, where she was owned.

HELD BY THE COURT (INGERSOLL, District Judge): That the sloop was domestic to the state of New-Jersey, where the sails were furnished, and there was therefore no lien created in favor of the libelant by the maritime law, whatever claim the libelant might have against the owner of the

sloop, and as it has not been made to appear that any lien was created by the local law of New-Jersey, libel dismissed with costs.